**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LEON LINZY**                                                                                                  **PLAINTIFF**

**v.**                                       **No. 4:11-cv-0615 KGB**

**DAVID LAWMAN, INDIVIDUALLY AND IN**
**HIS OFFICIAL CAPACITY AS A 1ST JUDICIAL**
**DRUG TASK FORCE AGENT FOR PHILLIPS**
**COUNTY ARKANSAS SHERIFF DEPARTMENT**
**AND JAMES MAYFIELD, INDIVIDUALLY AND IN**
**HIS OFFICIAL CAPACITY AS A 1ST JUDICIAL**
**DRUG TASK FORCE AGENT FOR PHILLIPS**
**COUNTY ARKANSAS SHERIFF DEPARTMENT**                          **DEFENDANTS**

**ORDER**

This matter is set for jury trial for the week of November 13, 2012. Due to conflict with a lower-numbered case also set for trial that week, this matter will be removed from the Court's trial docket and will be reset by separate order.

SO ORDERED this 8th day of November, 2012.

_____
Kristine G. Baker
United States District Judge