IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LEON LINZY**                                                                                                                                   **PLAINTIFF**

v.                                      **Case No. 4:11-cv-00615 KGB**

**DAVID LAWMAN, et al.**                                                                                                      **DEFENDANTS**

**ORDER**

Before the Court is plaintiff's motion to stay a ruling of the Court on defendants' motion for summary judgment and to order defendant, David Lawman, to reveal the name of the confidential source (Dkt. No. 20). To the extent plaintiff seeks to compel Mr. Lawman to reveal the name of the confidential source, the Court will permit defendants to respond to plaintiff's motion. Following the receipt of defendants' response, the Court will issue promptly a ruling on whether Mr. Lawman is required to reveal the name of the confidential source.

The Court's consideration of the pending summary judgment motion (Dkt. No. 16), and plaintiff's time to respond to the pending motion, are stayed until one week after the entry of an Order from the Court addressing whether Mr. Lawman is required to reveal the name of the confidential source.

SO ORDERED this 25th day of October, 2013.

_____
Kristine G. Baker
United States District Judge