IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LEON LINZY**                                                                                    **PLAINTIFF**

**v.**                            **Case No. 4:11-cv-00615 KGB**

**DAVID LAWMAN, et al.**                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order and Opinion that was entered today, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ORDERED this 14th day of March, 2014.

_____
Kristine G. Baker
United States District Judge